IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___jk___ D.C.

05 JUN -9 AM 10: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20085-B |
| TAMARKI SHARKEY, | * | |
| Defendant. | * | |

## ORDER

IT IS HEREBY ORDERED THAT:

THE Sentencing Date __X__ IS or ___ IS NOT continued and a new hearing date is set for the **30th** day of **June**, 2005 at **3:00** a.m./**p.m.**

THUS ORDERED THIS **8th** day of **June**, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

4

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-9-05__

7



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20085 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT